Patrick M. Stanton (PS-0735)
Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK, & STEWART, P.C.
521 Fifth Avenue, Suite 1700
New York, New York 10017
(212) 292-4314
patrick.stanton@ogltreedeakins.com
lynelle.slivinski@ogltreedeakins.com

Attorneys for Defendant
RadioShack Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LOUIS I. OCTOBRE, | Case No. 07 CV 3311 |
| Plaintiff, | |
| -Against- | **NOTICE OF APPEARANCE** |
| RADIO SHACK CORPORATION, | **Document Electronically Filed** |
| Defendant. | |

---

PLEASE TAKE NOTICE, that I have been retained by Defendant RadioShack Corporation, the above named defendant. I was admitted to practice in this District in 2000.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


/s/ Lynelle J. Slivinski
LYNELLE J. SLIVINSKI (LS-1210)
Attorneys for Defendant
(212) 292-4314

4989885.1