Patrick M. Stanton (PS-0735)
Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK, & STEWART, P.C.
521 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 292-4314
patrick.stanton@ogltreedeakins.com
lynelle.slivinski@ogltreedeakins.com

Attorneys for Defendant
RadioShack Corporation

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

---

LOUIS I. OCTOBRE,                : Case No. 07 CV 3311
                                 :
              Plaintiff          :
                                 :
    -Against-                    :
                                 :   **STIPULATION AND ORDER**
RADIO SHACK CORPORATION,         :   **EXTENDING TIME TO ANSWER,**
                                 :   **MOVE OR OTHERWISE REPLY**
              Defendant          :
                                 :

---

It is hereby stipulated by and between the undersigned attorneys that the time within which defendant RadioShack Corporation may answer, move or otherwise reply to the Complaint filed by plaintiff is hereby extended up to and including June 25, 2007.

| OGLETREE, DEAKINS, NASH, | LAW OFFICES OF AMBROSE WOTORSON, |
| SMOAK & STEWART, P.C. | P.C. |
| Attorneys for Defendant | Attorneys for Plaintiff |

By: _____
Patrick M. Stanton (PS-0735)
Lynelle J. Slivinski (LS-1210)

By: _____
Ambrose W. Wotorson (AWW-2412)

Dated: June _1_, 2007

Dated: June ___, 2007

IT IS SO ORDERED.

_____, U.S.D.J.

4979640.1