AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

LOUIS OCTOBRE

V.

RADIO SHACK CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 3311**

W.P. 4

TO: (Name and address of defendant)

RADIO SHACK CORPORATION
300 Radio Shack Circle
Fort Worth, TX 76102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Ambrose Wotorson, P.C.
26 Court Street, Suite 1811
Brooklyn, New York 11242
718-797-4861

an answer to the complaint which is herewith served upon you, within ____twenty(20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 24 2007

CLERK                              DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5-2-07 |
| NAME OF SERVER (PRINT) AMBROSE WOTORSON | TITLE ESQ |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Via Express Mail to: Radio Shack Corporation, Legal Dept. 300 Radio Shack Circle, CF2-04, Fort Worth, TX 76102

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-2-07
            Date

Signature of Server

Address of Server: 26 Court St., Ste. 1811, Bklyn, N.Y. 11242

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUIS I. OCTOBRE,

                              Plaintiff                07-Cv-3311

-Against-


RADIO SHACK CORPORATION,
                              Defendant
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, Ambrose W. Wotorson, an attorney duly admitted to practice law in the State of New York, certify under penalty perjury, that I served a copy of the filed Complaint and Summons in the above action, along with the Preliminary Order in Case Designated to WP4 Calendar, and the Standing Order M10-468 upon defendant's Legal Department at Radio Shack Corporation, Legal Department, 300 Radio Shack Circle, CF-04, Fort Worth, Texas 76102 by express mail on May 2, 2007.

Dated: Brooklyn, New York
         May 2, 2007

                                              Respectfully Submitted,
                                              Law Offices of Ambrose Wotorson
                                              By:_____
                                              Ambrose W. Wotorson (AWW-2412)
                                              26 Court Street, Suite 1811
                                              Brooklyn, NY 11242-1118

                                              (718) 797-4861