Patrick M. Stanton (PS-0735)
Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK, & STEWART, P.C.
521 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 292-4314
patrick.stanton@ogletreedeakins.com
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendant
RadioShack Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LOUIS I. OCTOBRE, | Case No. 07 CV 3311 |
| Plaintiff | |
| -Against- | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| RADIO SHACK CORPORATION, | |
| Defendant | **Document Filed Electronically** |

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that there is no parent corporation of defendant RadioShack Corporation and that no publicly held corporation owns 10% or more of defendant's stock.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendant

By: s/ Lynelle J. Slivinski
    Lynelle J. Slivinski

Dated:   June 25, 2007

5026633.1 (OGLETREE)