Patrick M. Stanton (PS-0735)
Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK, & STEWART, P.C.
521 Fifth Avenue, Suite 1700
New York, New York 10017
(212) 292-4314
patrick.stanton@ogltreedeakins.com
lynelle.slivinski@ogltreedeakins.com

Attorneys for Defendant
Radio Shack Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LOUIS I. OCTOBRE, | Case No. 07 CIV. 3311 |
| Plaintiff, | |
| -Against- | **NOTICE OF APPEARANCE** |
| RADIO SHACK CORPORATION, | **Document Electronically Filed** |
| Defendant. | |

---

PLEASE TAKE NOTICE, that I have been retained by Defendant Radio Shack Corporation, the above named defendant. I was admitted to practice in this District in 1995.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

_____
PATRICK M. STANTON (PS-0735)
Attorneys for Defendant
(212) 292-4314

## CERTIFICATE OF SERVICE

I, Margarida Oliveira, hereby certify that on July 23, 2008, I served a copy of the Notice of Appearance of Patrick M. Stanton on the following party by way of First Class U.S. Mail.

Ambrose W. Wotorson, Esq.  
Law Offices of Ambrose Wotorson  
26 Court Street  
Suite 1811  
Brooklyn, New York 11242-1118

Counsel for Plaintiff  
Louis I. Octobre

Margarida Oliveira

Dated: July 23, 2008