UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
Louis I. Octobre,

                                                          07 CV 3311 (KMK)

               Plaintiff,                 JUDGMENT
    -against-

Radio Shack Corporation,

               Defendant.
- - - - - - - - - - - - - - - - - - - -X

    Defendants having moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and the said motion having come before the Honorable, Kenneth Karas, United States District Judge and the Court thereafter on March 11, 2010, having handed down its Opinion and Order, granting defendants motion to dismiss and Summary Judgment, it is,

        **ORDERED, ADJUDGED AND DECREED:** That the complaint be and it is hereby dismissed.

DATED: White Plains, N.Y.
       March 12, 2010

                                                    *J. Michael McMahon*
                                                         Clerk

   i:/judgment/octobre.3311

                                                            E.O.D.